PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM J. BROWN,<br><br>    Defendant. | Case No. 5:23-po-00358-CDB<br><br>[Citation #E1200687, CA71]<br><br><br>MOTION AND ORDER FOR DISMISSAL |

  The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00358-CDB [Citation #E1200687, CA71] against WILLIAM J. BROWN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 30, 2023      Respectfully submitted,

                PHILLIP A. TALBERT
                United States Attorney

            By: /s/ *Chan Hee Chu*
               CHAN HEE CHU
               Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America, that Case No. 5:23-po-00358-CDB [Citation #E1200687, CA71] against WILLIAM J. BROWN be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 1, 2023**

UNITED STATES MAGISTRATE JUDGE